Clarence JEFFERSON v. Robt. H.
SMITH et al.

No. 2148.

Court of Appeal of Louisiana. First Circuit.

Oct. 3, 1940.

Argued before LE BLANC and OTT, JJ.,
and HERMANN MOYSE, Judge ad hoc.

Taylor, Porter & Brooks, of Baton Rouge,
for appellant.

Durrett & Hardin, of Baton Rouge, for
appellee.

HERMANN MOYSE, Judge ad hoc.

For the reasons assigned in the opinion
this day handed down in the case of Cal
Prevost v. Robert H. Smith et al., 197 So.
905, it is ordered that the judgment in favor
of the plaintiff be amended by reducing the
amount of the award from the sum of $3,000
to $2,500, and that, as thus amended, it be
affirmed. The judgment in favor of the
Board of Administrators of the Charity
Hospital of Louisiana at New Orleans is
likewise affirmed. Appellant is to pay all
costs.

LE BLANC and OTT, JJ., concur in the
decree.

DORE, J., not participating.